# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **DATHAN L. SAUER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-01573** |
| | § | |
| **SRA ASSOCIATES,** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Dathan L. Sauer, and Defendant, Ceteris Portfolio Services, LLC d/b/a SRA Associates, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully Submitted,

/s/ Omar T. Sulaiman
Omar T. Sulaiman
Alexander J. Taylor
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
osulaiman@sulaimanlaw.com
ataylor@sulaimanlaw.com
mdaher@sulaimanlaw.com

*Attorneys for Plaintiff*

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
S.D. of TX Bar No. 1330256
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
Email: wwhite@sessions.legal

*Attorney for Defendant*