United States District Court
Southern District of Texas
**ENTERED**
September 04, 2019
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DATHAN L. SAUER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-01573** |
| | § | |
| **SRA ASSOCIATES,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Dathan L. Sauer, and Defendant,

Ceteris Portfolio Services, LLC d/b/a SRA Associates, filed herein pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled

action is dismissed with prejudice and with each party to bear its own costs and attorneys'

fees.

Dated:   September 4, 2019

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE